916

APRIL 30, 1956.

No. 555. SUGDEN ET UX. *v.* UNITED STATES. Certiorari, 350 U. S. 952, to the United States Court of Appeals for the Ninth Circuit. Argued April 25, 1956. Decided April 30, 1956. *Per Curiam:* The judgment is affirmed. MR. JUSTICE BLACK, MR. JUSTICE FRANKFURTER, and MR. JUSTICE DOUGLAS dissent. *Mark Wilmer* argued the cause for petitioners. With him on the brief was *Frank L. Snell. John F. Davis* argued the cause for the United States. With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay.*

No. 757. ANTONIO ET UX. *v.* MASSACHUSETTS; and
No. 758. MASSACHUSETTS CHIROPRACTIC LAYMEN'S ASSOCIATION, INC., ET AL. *v.* FINGOLD, ATTORNEY GENERAL, ET AL. Appeals from the Supreme Judicial Court of Massachusetts. *Per Curiam:* The appeals are dismissed for want of a substantial federal question. *Samuel Silbiger* for appellants.